NO: PD-1244-15

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

James THOMPSON, Petitioner Herein

v

STATE OF TEXAS, RESPONDENTS

FROM APPEAL NO: 13-13-00558-CR
COURT OF APPEALS THIRTEENTH DISTRICT OF TEXAS

TRIAL CAUSE NO: 13-CR-0498B
117th DISTRICT COURT OF NUECES COUNTY, TEXAS

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, James Thompson, Petitioner pro se and files this motion requesting an extension of SIXTY (60) days in which to file a Petition for Discretionary Review. In support thereof Petitioner would show the court the following:

I.

The Petitioner was convicted in the 117th District Court of Nueces County, Texas, of the offense of sexual assault of a child in the above styled and numbered cause. The petitioner appealed and the case was affirmed on the 14th day of August, 2014. Howbeit, due to ineffective

assistance of counsel in notifying defendant this Court granted Petitioner an out-of-time PDR on August 26, 2015 No: WR-83,543-01

## II.

The present deadline for filing the Petition for Discretionary Review is September 25, 2015. Petitioner has not requested any prior extensions and the current deadline remains Sept. 25, 2015

## III.

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the Court of Criminal Appeals decision to permit the filing of a PDR until [November 24, 2015 JT] Sept. 01, 2015

Being the date he received his copy at the prisons unit mailroom. Since that date, Petitioner has been attempting to gain legal representation on this matter, but has yet to receive any form of response. His appeal attorney stated he would not be able to perform the task. Therefore Petitioner or whomever he may employ will need time to prepare, research and make copies as needed. In consideration thereof Petitioner respectfully prays this Court grant the motion and extend the deadline for filing his Petition for Discretionary Review in case no. 13-13-00558 CR until November 24, 2015